**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

RAMONA USD          v.  INS. CO. WEST              No. 06-1347-BEN(LSP)

HON. LEO S. PAPAS       CT. DEPUTY TRISH LOPEZ         Rptr.

Attorneys

Plaintiffs                                          Defendants

The date and time of the Settlement Disposition Conference on December 5, 2006 at 4:00 PM is vacated and reset for January 3, 2007 at 4:00 PM.

If a copy of a signed stipulation of dismissal cannot be provided to the chambers of Magistrate Judge Papas on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Papas at least one court day before the date indicated above, to explain the reasons therefor. Monetary sanctions shall be imposed for failure to comply with this order.

DATED:   December 4, 2006

Hon. Leo S. Papas
U.S. Magistrate Judge