1    Andrew J. Kessler (Bar No. 236123)
     PROCOPIO, CORY, HARGREAVES &
2        SAVITCH LLP
     530 B Street, Suite 2100
3    San Diego, California 92101
     Telephone: 619.238.1900
4    Facsimile: 619.235.0398

5    Attorney for Defendant, INSURANCE COMPANY OF
     THE WEST

**FILED**

**2007 JAN 25  AM II: 27**

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

8                UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10    RAMONA UNIFIED SCHOOL DISTRICT,      Case No.: 06CV1347 BEN (LSP)

11            Plaintiff,

12    v.                                **STIPULATION TO RELEASE
INTERPLEADER FUNDS AND
[PROPOSED] ORDER THEREON**

13    INSURANCE COMPANY OF THE WEST, a
     California corporation; BROCK ELECTRIC, INC.,
14    a California corporation; and UNITED STATES
     INTERNAL REVENUE SERVICE,

15

16           Defendants.               Judge: Hon. Roger T. Benitez
                                     Presiding Magistrate Judge: Leo S. Papas

19        This Stipulation for the release of Interpleader funds is entered into by and between

20    Plaintiff RAMONA UNIFIED SCHOOL DISTRICT ("RAMONA") and Defendant

21    INSURANCE COMPANY OF THE WEST ("ICW") and is made based upon 28 U.S.C. § 2042

22    and with reference to the following facts:

23           A. On or about November 18, 2003, RAMONA entered into a written contract with

24             BROCK ELECTRIC, INC., ("BROCK") concerning construction of a public work

25             of improvement. ICW was the performance bond surety to BROCK;

26           B. Brock abandoned the Project before it was completed. Thereafter, on or about

27             February 22, 2005, BROCK assigned its rights to final payment under the

28             Contract to ICW;

C.  On or about July 14, 2005, the United States Internal Revenue Service ("IRS") issued a Notice of Levy in the amount of $209,826.08 against any payments owed by RAMONA to BROCK;

D.  On or about August 30, 2005, ICW filed a complaint in the San Diego Superior Court, Case No. GIE 028794, asserting rights under the RAMONA / BROCK contract;

E.  In March, 2006, ICW and RAMONA entered into a Settlement Agreement whereby ICW and RAMONA agreed that ICW was owed $59,612.13 ("Final Payment") under the Contract, subject to any rights that may be asserted by the United States based upon the Notice of Levy;

F.  The Parties further agreed that RAMONA would file an interpleader action naming ICW, BROCK, and the IRS as parties for the purpose of obtaining a judicial determination as to which entity is entitled to the Final Payment from RAMONA.  RAMONA would also deposit the Final Payment amount of $59,612.13 with the court clerk pursuant to California Code of Civil Procedure section 386(c);

G.  On May 6, 2006, RAMONA filed its Complaint in Interpleader naming ICW, BROCK, and the United States as Defendants;

H.  On June 30, 2006, the case was removed to the United States District Court for the Southern District of California;

I.  On October 20, 2006, the United States filed a formal Disclaimer of Interest in the interpleader funds;

J.  On November 2, 2006, RAMONA deposited the interpleader funds with the Clerk of the U.S. District Court pursuant to Rule 67 of the Federal Rules of Civil Procedure.

K.  On December 22, 2006, the Court entered Default against BROCK based upon its failure to respond to the Complaint or otherwise appear in the action;

1    WHEREFORE, the following is stipulated by the two remaining parties to this action,

2    RAMONA and ICW:

3        1.    That the Court find pursuant to this stipulation and 28 U.S.C. § 2042 that ICW is

4              adjudged to be entitled to the interpleader funds in the amount of $59,612.13;

5        2.    That the interpleader funds be released to ICW, care of counsel, at the following

6              address:  Procopio, Cory, Hargreaves & Savitch LLP, c/o Andrew J. Kessler, 530

7              B Street, Suite 2100, San Diego, CA 92101-4469;

8        3.    That upon release of the interpleader funds, the Court orders the case

9              DISMISSED.

10   DATED: December 28, 2006                    PROCOPIO, CORY, HARGREAVES &
                                                  SAVITCH LLP
11

12

13                                        By:  _____
                                              Andrew J. Kessler
14                                            Attorneys for Plaintiff, INSURANCE
                                              COMPANY OF THE WEST
15

16   Dated:    December 28, 2006                 FOLEY & LARDNER LLP

17

18                                        By: _____
                                             John Lemmo
19                                           Attorneys for Plaintiff RAMONA UNIFIED
                                             SCHOOL DISTRICT
20

21

22

23                                        **ORDER**

     IT IS SO ORDERED.
24

25   Dated: _____
26                                            Hon. ~~Leo S. Papas~~ Roger T. Benitez
                                              U.S. ~~Magistrate~~ Judge
27                                                    District

28

STIPULATION TO RELEASE INTERPLEADER FUNDS AND [PROPOSED] ORDER THEREON