### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

RAMONA USD          v.   INS. CO. WEST                No. 06-1347-BEN(LSP)

HON. LEO S. PAPAS     CT. DEPUTY TRISH LOPEZ       Rptr.
                              Attorneys
         Plaintiffs                                 Defendants

The Settlement Disposition Conference set for March 8, 2007 at 4:00 p.m. is vacated.

DATED: February 13, 2007

Hon. Leo S. Papas
U.S. Magistrate Judge