## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ESTATE OF CONTRERAS v. IRS                              Case No. 06cv1312 BEN(RBB)
                                                        **Time Spent: 35 mins.**

HON. RUBEN B. BROOKS        CT. DEPUTY VICKY LEE                     Rptr.

                              Attorneys
        Plaintiffs                              Defendants

Virginia Weber (present)                Justin Kim (present)
Wallace Sweet (present)                 Steven Haskett (present)
                                        Chsarles Montalbano (present)

PROCEEDINGS:    x  In Chambers      ___ In Court      ___ Telephonic

An early neutral evaluation conference and case management conference were held.

A telephonic, attorneys-only settlement conference is set for April 17, 2007, at 8:00 a.m.

Counsel for Plaintiff is to initiate the call.

DATE: February 12, 2007        IT IS SO ORDERED:   *Ruben Brooks*
                                                   Ruben B. Brooks,
                                                   U.S. Magistrate Judge
cc:  Judge Benitez                     INITIALS: VL (mg/irc) Deputy
     All Parties of Record

K:\COMMON\BROOKS\CASES\CONTRERAS1312\MINUTE01.WPD